**Order entered February 12, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00008-CV

**DALLAS COUNTY, TEXAS, Appellant**

**V.**

**PATRICIA WILLIAMS, ET AL., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10014**

## ORDER

Before the Court is the February 11, 2019 request of Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, for a thirty-day extension of time to file the reporter's record in this accelerated appeal. We **GRANT** the request **to the extent** that we extend the time to February 22, 2019. *See* TEX. R. APP. P. 35.3(C).

/s/     KEN MOLBERG
        JUSTICE